IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA BRADLEY, | No. 4:20-CV-00262 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| S.C. BOYS, INC., d/b/a CHAMPS SPORTS BAR or CHAMPS DOWNTOWN; SCOTT LUCCHESI; and THOMAS WALKER, | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of July 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Joshua Bradley's motion to strike Defendants' expert witness and expert report (Doc. 46) is **DENIED IN PART AND GRANTED IN PART**, as discussed in the Memorandum Opinion.

2. Defendants' motion to strike Bradley's counterstatement of material facts (Doc. 55) is **DENIED**.

3. Defendants' motion for summary judgment (Doc. 49) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. **GRANTED** as to Counts II and III of Bradley's Complaint (Doc. 1).

      b.    **DENIED** as to Counts I, IV, and V of Bradley's Complaint (Doc. 1).

4.    A telephonic status conference will be scheduled by separate Order.

                                  BY THE COURT:

                                  *s/ Matthew W. Brann*
                                  Matthew W. Brann
                                  Chief United States District Judge